IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CODY A. ROGERS, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.                                                      Civ. No. 21-0376 KG/SCY

3BEAR ENERGY, LLC,

    Defendant.

## ORDER

This matter comes before the Court on Applied Consultants, Inc.'s (Applied Consultants) Motion to Intervene and Supporting Brief, filed June 21, 2021. (Doc. 10). The Motion is now fully and timely briefed. (Docs. 26, 27). Neither Plaintiff nor Defendant oppose Applied Consultants' Motion, and the Court notes that Applied Consultants' intervention is appropriate under Federal Rule of Civil Procedure 24(a)(2) and/or (b)(1)(B). Accordingly, Applied Consultants' Motion to Intervene is granted. Applied Consultants shall file its Motion to Compel Arbitration no later than December 6, 2021, with any response due December 20, 2021, and any reply due January 3, 2022.

    IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE