IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CODY A. ROGERS, on behalf of himself and all others similarly situated

    Plaintiff,

v.

3BEAR ENERGY, LLC

    Defendant.

Case No. 1:21-cv-376-KG-SCY

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

THIS CAUSE having come before the Court on the Unopposed Motion to Withdraw ("Motion"), and the Court having reviewed the file, considered the Motion, and being fully advised of the premises, hereby GRANTS the Motion.

THEREFORE, IT IS ORDERED that Jobediah Rittenhouse is hereby withdrawn as counsel of record for 3Bear Energy, LLC.

            _____
            UNITED STATES DISTRICT JUDGE

*Prepared by:*
*/s/ Jobediah Rittenhouse*
Jobediah Rittenhouse, NM Bar #153212
BEATTY & WOZNIAK, P.C.
500 Don Gaspar Ave
Santa Fe, NM 87505-2626
Telephone: (505) 983-4328
Facsimile: (505) 983-8547
Email: jrittenhouse@bwenergylaw.com

Tyler L. Weidlich, CO Bar #51706
BEATTY & WOZNIAK, P.C.
1675 Broadway St., Suite 600
Denver, CO 80202
Telephone: (303) 407-4499
Email: tweidlich@bwenergylaw.com

*Attorneys for Defendant 3 Bear Delaware Operating-NM, LLC*

*Stipulated to:*

<u>Via e-mail on March 29, 2022</u>
Michael A. Josephson
Texas State Bar No. 24014780
Andrew W. Dunlap
Texas State Bar No. 24078444
Rachael Rustmann
Texas State Bar No. 24073653
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
rrustmann@mybackwages.com

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

*Attorneys for Plaintiff*