IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CODY A. ROGERS, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.                                                      Civ. No. 21-0376 KG/SCY

3BEAR ENERGY, LLC,

    Defendant,

and

Applied Consultants, LLC,

    Intervening Defendant.

ORDER STAYING CASE FOR ARBITRATION AND ADMINISTRATIVE CASE CLOSURE

On May 2, 2022, the Court entered its Memorandum Opinion and Order granting Intervenor Applied Consultants, LLC's Motion to Compel Arbitration. (Doc. 42). Having granted the motion and ordered the matter to arbitration, the Court hereby stays this case pending arbitration and administratively closes the case. The parties will submit a joint status report on December 15, 2022, providing the Court with an update on the arbitration process. The parties will file similar status reports every 180 days until the arbitration is completed. The parties will inform the Court when arbitration is completed, and the Court will enter an appropriate judgment at that time. If necessary, either party may petition the Court to reopen this case.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE