IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CODY A. ROGERS, on behalf of himself and all others similarly situated,<br><br>v.<br><br>3BEAR ENERGY, LLC | Civ. A. No. 1:21-cv-00376-KG-SCY |

**ORDER**

Having considered the Parties' Joint Motion to Stay the Case and Pursue Mediation, the undersigned Judge hereby **GRANTS** the Motion to Stay all deadlines in this case for a period of 75 days to facilitate the Parties' anticipated mediation on or before March 29, 2023.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED BY:
*/s/Michael A. Josephson*
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Carl A. Fitz**
Texas Bar No. 24105863
**Ian L. Justice**
Texas Bar No. 24097910
**Olivia R. Beale**
Texas Bar No. 24122166
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
cfitz@mybackwages.com
ijustice@mybackwages.com
obeale@mybackwages.com

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Tyler L. Weidlich*
**Tyler L. Weidlich**
CO Bar #51706
**BEATTY & WOZNIAK, P.C.**
1675 Broadway Street, Suite 600
Denver, CO 80202
Telephone: (303) 407-4499
E-mail: tweidlich@bwenergylaw.com

**ATTORNEY FOR DEFENDANT 3BEAR ENERGY, LLC**