IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CODY A. ROGERS, and all others
similarly situated,

    Plaintiff,

v.                                       Civ. No. 21-0376 KG/SCY

3BEAR ENERGY, LLC,

    Defendant,

and

APPLIED CONSULTANTS, LLC,

    Intervenor.

## SUMMARY ORDER ON ROGER'S PENDING MOTION FOR HEARING

This matter comes before the Court on Plaintiff Rogers' Motion for Hearing on his Motion for Reconsideration or to Certify Interlocutory Appeal, (Motion for Hearing). (Doc. 92). On March 18, 2024, the Court held a hearing on Rogers' Motion for Extension of Time to File Response/Reply as to 3Bear Energy's Motion for Summary Judgment (Doc. 88). At the conclusion of the hearing, Rogers requested a hearing on his pending Motion for Reconsideration, (Doc. 78). At that time, the Court instructed him to file a written motion.

Rogers filed his Motion for Hearing on March 22, 2024, contending good cause exists to hold a hearing because there are important legal issues regarding arbitration agreements containing class action waivers. (Doc. 92). Intervenor, Applied Consultants, LLC, filed a Response on April 8, 2024, arguing Rogers has not shown a hearing would materially assist the Court in resolving the Motion to Reconsider. (Doc. 99) at 5. After considering the Motion for Hearing and the Response, the Court is not persuaded that a hearing at this juncture would

materially aid in resolving the Motion for Reconsideration.  Therefore, the Court denies Roger's Motion for Hearing.

    IT IS SO ORDERED.

_____<br>
UNITED STATES DISTRICT JUDGE