## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| CODY ROGERS, on behalf of himself and all others similarly situated, | Civ. A. No. 1:21-cv-00376-KG-SCY |
| v. | |
| 3BEAR ENERGY, LLC, | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cody Rogers ("Rogers") hereby notifies the Court that Rogers, Defendant 3Bear Energy, LLC, and Intervenor Applied Consultants, Inc., jointly stipulate to dismiss all claims and causes of action in the above-styled matter with prejudice, with each party to pay its own costs.

Respectfully submitted,

By: */s/ Michael A. Josephson*
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

By: */s/ Erin Pelleteri Howser*
Erin Pelleteri Howser, T.A. (*admitted pro hac*)
Emily Olivier Kesler (*admitted pro hac*)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail: epelleteri@bakerdonelson.com
ekesler@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT 3BEAR ENERGY, LLC**

By: */s/ Marcus Fettinger*
Marcus Fettinger
Texas Bar No. 24078500
mfettinger@grayreed.com
J. Travis Nadalini
Texas Bar No. 24132308
tnadalini@grayreed.com
**GRAY REED & MCGRAW LLP**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332

**ATTORNEYS FOR INTERVENOR APPLIED CONSULTANTS, INC.**